1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

7    JOHN R. DEMOS, JR.,

8                        Plaintiff,

9         v.

10   WASHINGTON STATE
     DEPARTMENT OF CORRECTIONS,

11

12                       Defendant.

CASE NO. 2:22-cv-00723-JHC-JRC

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

13       The Court, having reviewed the report and recommendation of Chief Magistrate Judge J.

14   Richard Creatura, objections to the report and recommendation, and the remaining record, does

15   hereby find and ORDER:

16       (1)    The Court adopts the report and recommendation.

17       (2)    Plaintiff's action is dismissed without prejudice and his motion to proceed *in
18              forma pauperis* is denied.

19       (3)    The Clerk is directed to send copies of this order to plaintiff and to the Hon. J.
                Richard Creatura.

20

21        Dated this 24th day of June, 2022.

22                                              _____
                                                John H. Chun
23                                              United States District Judge

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1